IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM BERGTHOLD**                                                              **PLAINTIFF**

**V.**                              **CASE NO. 4:22CV00098 JM**

**ARKANSAS LOCAL POLICE AND
FIRE RETIREMENT SYSTEM**                                      **DEFENDANT**

## ORDER

Pending is Plaintiff's motion for voluntary dismissal. (Docket # 43). For good cause shown, the motion is GRANTED. Because the Court has no subject matter jurisdiction or venue over the claim, the case is dismissed pursuant to Fed. R. Civ. P. 41(a)(2). The case should remain open at this time for the Court to consider a pending motion for sanctions.

IT IS SO ORDERED this 22nd day of March, 2022.

_____
James M. Moody
United States District Judge